91 So.2d 221

**Ex parte NATIONAL ASSOCIATION FOR the ADVANCEMENT OF COLORED PEOPLE, a Corporation.**

**In re: STATE of Alabama, ex rel. John PATTERSON, Atty. Gen.,**

v.

**NATIONAL ASSOCIATION FOR the ADVANCEMENT OF COLORED PEOPLE.**

**3 Div. 773.**

Supreme Court of Alabama.

Aug. 13, 1956.

Rehearing Denied Dec. 6, 1956.

Arthur D. Shores, Birmingham, Fred D. Gray, Montgomery, and Robt. L. Carter, New York City, for petitioner.

John Patterson, Atty. Gen., for respondent.

PER CURIAM.

The averments of the petition for writ of certiorari in this cause are insufficient to warrant the issuance of the writ. The petition is, therefore denied.

All the Justices concur.

93 So.2d 811

**Ex parte Georgia PEOPLES.**

**6 Div. 120.**

Supreme Court of Alabama.

Feb. 4, 1957.

M. B. Grace, Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied, petition dismissed.

LIVINGSTON, C. J., and SIMPSON, GOODWYN and COLEMAN, JJ., concur.

89 So.2d 698

**S. M. PORCH**

v.

**STATE.**

**8 Div. 882.**

Supreme Court of Alabama.

Sept. 13, 1956.

Smith & Moore, Guntersville, for petitioner.

John Patterson, Atty. Gen., and Robt. P. Bradley, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of S. M. Porch for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Porch v. State, 89 So.2d 694.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.